■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TEOGNIS RUIZ, Appellant. [661 NYS2d 551] —Judgment unanimously affirmed (see, People v Saunders, 190 AD2d 1092, 1093, lv denied 81 NY2d 1019). (Appeal from Judgment of Supreme Court, Erie County, Tills, J.—Criminal Possession Controlled Substance, 2nd Degree.) Present—Denman, P. J., Green, Lawton, Balio and Fallon, JJ.